**WORLDWIDE OILFIELD MACHINE, INC., Appellant**

v.

**AMERIFORGE GROUP, INC., Appellee**

2016-2344

United States Court of Appeals, Federal Circuit.

October 24, 2017

AARON E. HOMER, Hirsch & Westheimer, PC, Houston, TX, argued for appellant. Also represented by SANDEEP SETH, Seth-Law, Houston, TX.

EAGLE HOWARD ROBINSON, Norton Rose Fulbright US LLP, Austin, TX, argued for appellee. Also represented by STEPHANIE DEBROW, MARK T. GARRETT; JONATHAN S. FRANKLIN, Washington, DC; CHARLES BRUCE WALKER, JR., Houston, TX.

(Moore, Chen, and Hughes, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**